IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RFCYBER CORP., <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., <br><br> Defendant. | Civil Action No. 2:24-cv-00551-JRG <br><br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES
AND AMEND THE CASE SCHEDULES**

On this day came on to be considered the Parties' Joint Motion to Consolidate Cases and Amend the Case Schedules, and the Court being of the opinion that the Motion should be GRANTED.

Accordingly, the Court consolidates for all pretrial issues the following cases:

1. *RFCyber Corp. v. Walmart Inc.*, Case No. 2:24-cv-00551-JRG (*Walmart* Case);

2. *RFCyber Corp. v. Starbucks Corporation*, Case No. 2:24-cv-00550-JRG (*Starbucks* Case);

3. *RFCyber Corp. v. The Kroger Company,* Case No. 2:24-cv-00548-JRG (*Kroger* Case);

4. *RFCyber Corp. v. Shell Information Technology International B.V. et al.,* Case No. 2:24-cv-00549-JRG (*Shell* Case); and

5. *RFCyber Corp. v. Volkswagen AG, et al,* Case No. 2:24-cv-00576-JRG (*Volkswagen* Case).

Further, Discovery Order (ECF No. 19), Docket Control Order (ECF No. 18), and First Amended Docket Control Order (ECF No. 28) in the above captioned matter are hereby vacated, and the Court grants the Parties leave to submit an amended Proposed Discovery Order and Docket Control Order to align with the consolidated cases and in accordance with this Court's Orders setting a scheduling conference for the consolidated cases (*Starbucks* Case, ECF No. 20).

ORDERED, ADJUDGED and DECREED that the Parties' Joint Motion to Consolidate Cases and Amend the Case Schedule is hereby GRANTED in full.